Alan J. Kessel (Cal. Bar No.: 130707)
Keli N. Osaki (Cal. Bar No.: 179920)
Sandeep J. Shah (Cal. Bar No.: 210449)
**BUCHALTER, NEMER, FIELDS & YOUNGER**
A Professional Corporation
18400 Von Karman Avenue, Suite 800
Irvine, CA 92612-0514
Telephone: (949) 760-1121
Facsimile: (949) 720-0182
sshah@buchalter.com

Attorneys for Plaintiff DIRECTV, INC.

*E-FILED 5/26/05*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| DIRECTV, INC., a California corporation, | CASE NO. CV-04-4585 RS |
| Defendant, | Hon. Richard Seeborg |
| vs. | **REQUEST FOR VOLUNTARY DISMISSAL OF DEFENDANT JIM SITTER; [PROPOSED] ORDER THEREON** |
| JIM SITTER | |
| Defendant. | |

Pursuant to Fed. R. Civ. P. 41(a)(2), Plaintiff DIRECTV, Inc. ("DIRECTV") hereby respectfully requests that the Court enter an Order dismissing the above-captioned action with prejudice as to Defendant JIM SITTER ("Defendant"). This request is made on the grounds that Defendant and DIRECTV have entered into an agreement settling this matter. Pursuant to the terms of that agreement, DIRECTV agreed to voluntarily dismiss this action against Defendant, each party to bear its own attorneys' fees and costs incurred in this action to date.

Defendant answered the Complaint on or about January 25, 2005. DIRECTV, therefore, cannot unilaterally voluntarily dismiss this action against Defendant absent a Court order. Fed. R. Civ. P. 41(a). Accordingly, DIRECTV respectfully requests the entry of such an

BNFY 558071v1                                      1                                       CV-04-4585 RS
**REQUEST FOR VOLUNTARY DISMISSAL OF DEFENDANT JIM SITTER;
[PROPOSED] ORDER THEREON**

BUCHALTER, NEMER,
FIELDS & YOUNGER
ATTORNEYS AT LAW
IRVINE

order dismissing Defendant with prejudice.

Defendant JIM SITTER is the last remaining active Defendant in this action. This entire action as to all remaining claims is therefore terminated in full.

DATED: May 26, 2005   Respectfully Submitted,

BUCHALTER, NEMER, FIELDS & YOUNGER
A Professional Corporation


By: _____/s/Sandeep J. Shah_____
    Sandeep J. Shah
    Attorneys for Plaintiff DIRECTV, Inc.

**ORDER**

Having read the foregoing Request for Voluntary Dismissal of Defendant JIM SITTER filed by Plaintiff DIRECTV, Inc., and such other pleadings and papers deemed appropriate by the Court, and GOOD CAUSE appearing therefore, the Court ORDERS as follows:

1. This action is hereby dismissed with prejudice as against Defendant JIM SITTER;

2. Each party shall bear its own attorney's fees and costs incurred in this action to date; and

3. As Defendant JIM SITTER is the last remaining active Defendant in this action, this entire action as to all remaining claims is hereby terminated in full.

DATED: 5/26/05 _____   /s/ Richard Seeborg _____
                                          Honorable Richard Seeborg
                                          United States District Court
                                          Northern District of California

BNFY 558071v1   2   CV-04-4585 RS

**REQUEST FOR VOLUNTARY DISMISSAL OF DEFENDANT JIM SITTER;
[PROPOSED] ORDER THEREON**

BUCHALTER, NEMER, FIELDS & YOUNGER
ATTORNEYS AT LAW
IRVINE